IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WARREN WILLIAM ANDERSON, JR.          :          CIVIL ACTION
                                      :
              v.                      :
COMMON PLEAS COURT, et al.            :          NO. 02-3820

ORDER

AND NOW, this          day of July, 2002, it appearing that on June 17,

2002, petitioner filed a petition for Habeas Corpus under 28 U.S.C. §2254, and

it further appearing that petitioner did not tender the required $5.00 filing fee, and,

it further appearing that petitioner did not request leave to proceed in forma

pauperis, and

it further appearing that on June 20, 2002, this Court Ordered the Clerk to

promptly furnish petitioner with the in forma pauperis form, and also Ordered petitioner to either

complete and return it to the Clerk of Court within thirty (30) days, or in the alternative, tender

the required $5.00 filing fee to the Clerk of Court within thirty (30) days, or else this action

would be dismissed, and

it further appearing that on July 12, 2002, petitioner returned the in forma pauperis

form, but that it did not contain the certification of prison assets ***signed by a prison official***, it is

hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
ROBERT F. KELLY, J.